UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

TONY M. RUIZ                                                                                          PLAINTIFF
ADC #157474

V.                                  No. 1:19-cv-00096-KGB-JTR

TONI BRADLEY, Warden, *et al.*                                                          DEFENDANTS

### RECOMMENDED DISPOSITION

The following Partial Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

Plaintiff Tony M. Ruiz ("Ruiz") is a prisoner at the Maximum Security Unit of the Arkansas Division of Correction. On May 3, 2021, Ruiz filed a Notice asking to "withdraw" from the case and requesting that his *pro se* § 1983 action "be

dismissed in its entirety."[1]  *Doc. 50*.  The Court will treat Ruiz's Notice as a Motion for Voluntary Dismissal.   For good cause shown, the Court recommends that Ruiz's Motion be granted and that this case be dismissed, without prejudice.  See Fed. R. Civ. P. 41(b).

IT IS THEREFORE RECOMMENDED THAT:

1. Ruiz's Notice (*Doc. 50*) be treated as a Motion for Voluntary Dismissal, and the Motion be GRANTED.

2. Ruiz's Complaint and Amended Complaint (*Doc. 2 and 8*) be DISMISSED, WITHOUT PREJUDICE.

3. All pending motions be DENIED as MOOT.

DATED this 5th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Ruiz was permitted to proceed with excessive force, corrective inaction, and conspiracy claims under § 1983. *Docs. 9 & 11*.