IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONY M. RUIZ**  **PLAINTIFF**
**ADC #157474**

v.   Case No. 1:19-cv-00096-KGB-JTR

**TONI BRADLEY, Warden,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 51). Plaintiff Tony M. Ruiz has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. The Court dismisses without prejudice Mr. Ruiz's complaint and amended complaint (Dkt. Nos. 2, 8).

2. The Court denies as moot all pending motions (Dkt. Nos. 14, 53).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 16th day of August, 2021.

Kristine G. Baker
United States District Judge