# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONY M. RUIZ**  **PLAINTIFF**
**ADC #157474**

v.   Case No. 1:19-cv-00096-KGB-JTR

**TONI BRADLEY, Warden,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Tony M. Ruiz's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 8). The relief sought is denied.

So adjudged this 16th day of August, 2021.

_____
Kristine G. Baker
United States District Judge